UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| Eric Kasemodel, | |
| Plaintiff, | Civil Action No.: 2:15-cv-01181-PP |
| v. | |
| Kohl's Department Stores, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Eric Kasemodel                                    Kohl's Department Stores, Inc.

___/s/ Amy L. Cueller___                          ___/s/ Meredith C. Wilkerson___

Amy L. Cueller, Esq. #15052-49                    Meredith C. Wilkerson, Esq.
LEMBERG LAW                                       Senior Litigation Counsel
43 Danbury Road, 3rd Floor                        Kohl's Department Stores Inc.
Wilton, CT 06897                                  N56 W17000 Ridgewood Dr.
Telephone: (203) 653-2250                         Menomonee Falls, WI 53051-5660
Email: acueller@lemberglaw.com                    Telephone: (262) 703-3525
Attorney for Plaintiff                            Email: meredith.wilkerson@kohls.com
                                                  Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

  I hereby certify that on August 2, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Wisconsin Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Amy L. Cueller_____
                   Amy L. Cueller